IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MODESTO SANTO GUERRERO,**

        Plaintiff,

v.                                            **Civil Action No. 5:22-CV-4**
                                                     Judge Bailey

**TONYA POLLACK,** Registered Nurse -
BSN, Health Service Admin.,
**G. ROBERT THOMPSON,** Facility Doctor,
and **WEXFORD HEALTH SERVICES,**
Primary Health Service Provider,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that the Motion to Dismiss [Doc. 23] be granted and the case be dismissed with prejudice. *See* [Doc. 30].

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. **Thomas v. Arn**, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. **United**

***States v. Schronce***, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation [**Doc. 30**] is **ADOPTED**, and Defendants' Motion to Dismiss Plaintiff's Complaint [**Doc. 1**] is **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE**. This Court further **DIRECTS** the Clerk to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** April 19, 2022.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**